| | |
|---|---|
| 1 | **SEDGWICK LLP**<br>RALPH A. CAMPILLO (BAR NO. 70376)<br>Email: ralph.campillo@sedgwicklaw.com<br>WENDY A. TUCKER (BAR NO. 121122)<br>Email: wendy.tucker@sedgwicklaw.com<br>801 South Figueroa Street, 19th Floor<br>Los Angeles, CA 90017-5556<br>Telephone: 213.426.6900<br>Facsimile: 213.426.6921 |

**SEDGWICK LLP**
KELLY SAVAGE DAY (BAR NO. 235901)
Email: kelly.savageday@sedgwicklaw.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105-1101
Telephone: 415.781.7900
Facsimile: 415.781.2635

Attorneys for Defendant
THOMAS P. SCHMALZRIED AND
THOMAS P. SCHMALZRIED, M.D.,
A PROFESSIONAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANE KOREY LOWDER and NANNETTE LOWDER,<br><br>Plaintiffs,<br><br>v.<br><br>DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC., THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION, THOMAS P. SCHMALZRIED, VAIL CONSULTING LLC, and THOMAS PARKER VAIL,<br><br>Defendants. | CASE NO. 11-cv-01822-EMC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1)** ; ORDER<br><br>Complaint served: April 18, 2011<br>Current response date: May 9, 2011<br>**NEW RESPONSE DATE: JUNE 8, 2011** |

PLEASE TAKE NOTICE that the Plaintiffs agree that Defendants Thomas P. Schmalzried, M.D., A Professional Corporation, and Thomas P. Schmalzried shall have until June 8, 2011 to answer or otherwise respond to Plaintiffs' Complaint.

DATED: April 28, 2011  SEDGWICK LLP

By: _____/s/ Kelly Savage Day_____
    Ralph Campillo
    Wendy Tucker
    Kelly Savage Day
    Attorneys for Defendant
    THOMAS P. SCHMALZRIED, M.D.

DATED: April 28, 2011  SEEGER SALVAS LLP

By: _____/s/Brian J. Devine_____
    Kenneth M. Seeger
    Brian J. Devine
    Attorney for Plaintiffs
    DANE KOREY and NANNETTE LOWDER

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*